PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-47783 RN** |
| **STANLEY WILLIAM PINDER and PATRICIA GERALDINE PINDER,** | **Chapter 13** |
| Debtors. | **EX-PARTE MOTION TO APPROVE LOAN MODIFICATION** |

_____/

Stanley William Pinder, debtor herein, hereby moves the Court for an order approving the loan modification of the 1st Deed of Trust on the real property located at 2882 Morro Drive. A copy of the loan modification is attached hereto as Exhibit A. A copy of the Trustee's Authorization for Loan modification is attached hereto as Exhibit B.


Dated: December 16, 2010          /s/ Corrine Bielejeski
                                  CORRINE BIELEJESKI
                                  Attorney for Debtor