1 Martha G. Bronitsky
Chapter 13 Standing Trustee
2 6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
3 (925) 621- 1900
13trustee@oak13.com
4

5 Trustee for Debtor(s)

6

7 UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA
8

9 In Re

Stanley William Pinder | Chapter 13 Case Number:
Patricia Geraldine Pinder | 08-47783-WJL13
10

11

Debtors(s)

12 **ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

13

The Trustee represents that as of October 16, 2013, all the payments owed by the
14

above named debtor(s) in the Chapter 13 Case filed on December 30, 2008 and confirmed
15

by the Court, have been paid.
16

17
DATE: October 17, 2013                    /s/ Martha G. Bronitsky
18                                          Martha G. Bronitsky
                                           Chapter 13 Standing Trustee
19

20

21

22

23

24

25

26

27

28